# NORTH SALT LAKE POLICE
## CRIME REPORT

**C**

Incident: I1017400
Report: R1802565

Page: 1 of 3
Case: 2012-002317

## OFFENSES

**ASSIST IN COUNTY AGENCY (9999PA.16)**

Activity Codes:
Loc. of Crime: 700 E Cottonwood Drive South Weber, UT
Case Disposition: Inactive
Occurred on: 11/26/2012 From: 00:03 To: 07:52
Officer Activity on: 11/26/2012 From: 00:03 To: 03:00

## PEOPLE INVOLVED

**IO**
Name: **PEAY, CHRISTIAN L.**
Age at Incident: 46
Ethnicity: non Hispanic
Sex: Male
Residence Addr: NOT SPECIFIED
Work Addr: 48 W Young Street Morgan, UT 84050
DOB: 05/19/1966
Hair: Brown
Eyes: Hazel
Race: White
Ht: 5' 8"
Wt: 185 lbs.

## ORGANIZATIONS INVOLVED

**IO** Name: **North Salt Lake Police**
Addr:

## PROPERTY DETAILS

| Owner | Quantity | Type | Manufacturer | Model | Serial | Value |
|---|---|---|---|---|---|---|
| North Salt Lake Police | 1.00 | Computer - Other | Flash drive | 8GB | 5 | 1.00 |

Description: Interview with Deputy Peay and two photos of duty round carried by Deputy Peay
Related to Offenses
ASSIST IN COUNTY AGENCY (9999PA.16): Evidence

| North Salt Lake Police | 1.00 | Other Document | Document | Diagram | | 1.00 |

Description: Diagram of vehicle positions by Deputy Peay
Related to Offenses
ASSIST IN COUNTY AGENCY (9999PA.16): Evidence

Total Property Value: 2.00

## NARRATIVE

Reference Davis County Sheriff's Office Case Number D-07796.

On November 26, 2012, I was contacted by Craig Webb with the Davis County Attorney's office and requested to respond to the area of I84 and the toll road to assist in the investigation of an officer involved shooting. I was later given a more exact address by Davis County Dispatch of 700 East Cottonwood Drive. I also contacted the Section Chief Julie Curtis to advise her I was en route to her location.

I arrived at 700 East Cotton Wood Drive in South Weber and met with Julie Curtis in the command post. Julie advised me that a female suspect had been shot and requested that I assist in interviewing the officers who were on scene but had not fired a weapon. I was advised that interviews would take place at the South Weber City building located at 1600 East South Weber Drive. I transported two officers, Christian Peay with Morgan County Sheriff's Office and Sgt. Todd Harman with South Ogden P.D. to the South Weber City building.

INTERVIEW WITH DEPUTY PEAY:

I met with Deputy Peay in the break room of the South Weber City Building. This interview as audio recorded, however, the recorder stopped at 25:11 near the end of the interview. I asked Deputy Peay to tell me what happened from the time he had observed the vehicle he chased until the chase ended. Prior to my first question, Deputy Peay stated he had been the one to initiate the chase. Deputy Peay stated that he was east bound on I84 at mile marker 99 when he observed a semi traveling westbound. When Deputy Peay passed the semi, he observed a vehicle traveling westbound passing the semi. Deputy Peay stated he could only see the signal on the vehicle and the vehicle did not have its lights on. Deputy Peay advised Sgt. Peay about the vehicle and turned at mile marker 100 to attempt to stop the vehicle he had observed. Deputy Peay stated he gave a description of a white truck and thinks Sgt. Peay was at 3900 West Old highway Road. Deputy Peay stated that the vehicle approached exit 96 and turned its right turn signal on and he advised Sgt. Peay that the vehicle may take the exit. Sgt. Peay stated that he saw the vehicle. Deputy Peay stated the vehicle did take the off ramp and he could see the vehicle in front of him as it took a left and took the eastbound on ramp. Deputy Peay stated he turned on his lights to stop the vehicle as he took this exit but it did not stop. Deputy Peay advised dispatch he was 10-80 and gave a description of the vehicle.

North Salt Lake Police
10 East Center St
North Salt Lake, UT 84054
801-936-3880

MCSO_00322

# NORTH SALT LAKE POLICE
## CRIME REPORT

C

Incident: I1017400
Report: R1802565

Page: 2 of 3
Case: 2012-002317

## NARRATIVE

At mile marker 103, the vehicle took the exit, turned left and then went westbound on I84. Deputy Peay stated he was the lead vehicle and Sgt. Peay was notifying dispatch of speeds and locations. Deputy Peay stated that speeds were between 75 and 90 miles per hour but mostly 75 and lights and sirens were on. Highway patrol advised they would set up spikes at mile marker 90. Deputy Peay stated he observed two sets of spikes were across both lanes and the vehicle went over one set of spikes. They continued west bound and tires started to shred, pieces of the vehicle were coming off and vehicle was starting to smoke. At one point the driver started to lose control and hit the guard rail with the right side (inaudible on recording) left side of vehicle and kept on going. At mile marker 89 another officer had spikes deployed, unknown which agency. They continued westbound, the vehicle took the toll road exit, turned right and turned right on Cottonwood Drive, he was unsure of the name.

At this point the speeds were slow, about 35 miles per hour and then stopped and started to turn left and hit Sgt. Peays vehicle on the right rear fender in front of the right rear tire and did a three point turn and all the tires were off the vehicle except one. After the vehicle made a three point turn it stopped and was facing Deputy Peay. Deputy Peay put his vehicle in park and he jumped out pointing his duty weapon as did the other officers and told her to stop. Deputy Peay later stated that he did not recall if he said anything or not but that someone had given commands for the driver to put her hands up and let me see your hands. After the driver was initially given commands the driver gunned it and hit Deputy Peay's vehicle. Deputy Peay saw that the officer on his left and right had their guns out and Sgt. Peay had his gun out. The driver of the vehicle looked right at Deputy Peay, put the truck in gear and gunned it at him and struck his vehicle and he heard a gunshot. The driver put her hands to her face like she was covering her eyes. Deputy Peay stated he wasn't sure she had been shot, he thought she was going "crap I'm caught".

One of the officers commanded her to put her hands in the air and she put her hands in the air. An officer tried to open the door, it would not open so he broke the window with his ASP and pulled her out and cuffed her up. At this point Deputy Peay noticed she had a gunshot wound to her face. As the other officers took her into custody, Deputy Peay was standing at the left side of his vehicle pointing his gun at her. Deputy Peay stated that it was very surreal. Deputy Peay stated that he thought she was going to try suicide by cop and the look on her face was weird and she was determined to get out of there and run his truck down. Deputy Peay stated he guessed she could have "nailed him" he was standing right there. Deputy Peay stated the vehicle struck his vehicle on the front bumper on the driver's side with the right front bumper of the suspect vehicle. Deputy Peay stated that as soon as the round was fired the vehicle stopped. Deputy Peay stated he did not know who had fired the shot but only remembered one shot being fired.

I asked Deputy Peay what happened after the suspect was taken into custody. Deputy Peay stated that someone said to stay away from Scott. Deputy Peay stated he held a flashlight on the suspect while they took care of her medically and then just walked around. Deputy Peay stated he also found the suspects ID in a wallet in the middle console of the vehicle. Deputy Peay stated the wallet was in plain sight. Deputy Peay stated he turned it over to Chief Deputy Kevin Edwards with Morgan County S.O. Deputy Peay stated the name on the ID was Kristine Biggs and it was a Colorado ID card. Deputy Peay stated that he did not check the ID. Deputy Peay stated there was a dog in the vehicle, a German Shepard which was in the front seat. Another Deputy was able to get the dog out of the vehicle and tie it to the front bumper.

Deputy Peay stated the initial reason to stop the vehicle was because it was traveling with no lights on. Deputy Peay stated it was close to 2200 hours when he saw the vehicle because he was planning on getting gas and giving his dog a break. Deputy Peay stated later in the interview that he thought she was going to slam his truck and push it into him and pin him against the car next to him. I asked Deputy Peay about his sight picture and he stated his sight picture was the suspects' chest up.

POSITION:

Deputy Peay stated that the suspect vehicle was facing him and he was standing next to his driver's door and the door was closed. A South Ogden car was to his left and to the left of the South Ogden Car was Sgt. Peay's vehicle. Deputy Peay drew a diagram showing this and signed it.

FIREARM:

Deputy Peay carries a Glock 22, .40 cal. Deputy Peay carries two extra magazines for his Glock and loads them to capacity with fifteen rounds in each magazine. Deputy Peay stated he carries a full magazine in his Glock with one round in the chamber. I verified that all three magazines had fifteen rounds and one round in the chamber.

HISTORY:

# NORTH SALT LAKE POLICE
## CRIME REPORT

Incident: I1017400  
Report: R1802565  
Page: 3 of 3  
Case: 2012-002317

## NARRATIVE

Deputy Peay stated he has worked for Morgan County Sheriff's Office for eight years as a full time officer and prior to being a full time officer he was a reserve officer for eight months. Deputy Peay worked for Salt Lake County Sheriff's office as a Protective Services Officer for approximately one and a half years.

ADDITIONAL:

Deputy Peay stated that he did see a hole in the windshield after he heard the shot and when the suspect was being treated he initially thought she had been hit in the right hip because she had blood on her hip but then could see swelling under her eye.

ATTACHED:

Case notes will be available with case file.

EVIDENCE:

A copy of the interview will be submitted into NSLPD evidence and a copy will be submitted to the case agent for DCSO. I did photograph a round as an example of the type of ammunition being carried by Deputy Peay. These photos will also be submitted into NSLPD Evidence with copies made for the case agent. The diagram made by Deputy Peay will also be submitted into NSLPD evidence, with a copy made for the case agent.

Case status: Inactive (agency assist)  
R.Gwynn  
11-26-12  
0737 hours

### REPORTING OFFICER

| Officer's Name | Badge | Signature | Printed On |
|---|---|---|---|
| Gwynn, Robert | N06 | | 11/26/2012 At: 08:17 |

### SUPERVISOR

| Agency | Officer's Name | Badge |
|---|---|---|
| North Salt Lake Police | Johnson, Troy | N02 |

North Salt Lake Police  
10 East Center St  
North Salt Lake, UT 84054  
801-936-3880

MCSO_00324

