Deputy Report for Incident D12-07854                                                     Page 6 of 8

---

**Supplement**
```
12:45:34  11/29/2012  -  R Thompson
STATE_CODE  OFFENSE  USING_WHAT  ACTIVITY  WEAPON  BIAS  LOCATION
A_C F_N
76-5-103                AGGRAVATED ASSAULT                              Driv-
ing Moto Veh
Hwy/road/alley  C  F
41-6a-210               Failure to stop/fleeing                         Driving
Moto Veh
Hwy/road/alley  C  F
46-6-44.20(1)           Open container in vehicle                       Driving
Moto Veh
Hwy/road/alley  C  F
53-3-227(4)             Driving Susp/Rev op lic w/drug         Driving Moto Veh
Hwy/road/alley  C  F
73-18-7.1               Fraud in Registration, title                    Driving
Moto Veh
Hwy/road/alley  C  F
41-1a-1303              Expired Registration                            Driving
Moto Veh
Hwy/road/alley  C  F
```