*Biggs Johnson v. Peay, et al.*
Civil No. 1:14-cv-147
Plaintiff's Motion for Summary Judgment
on Liability Against Defendant Peay

# Exhibit 6

is intentionally left blank