```
RUN DATE: 12/05/12                    Ogden Regional Medical Center ABS *LIVE*
RUN TIME: 0033                                     CODING SUMMARY
RUN USER: HPF.FEED
```

```
  'E:  BIGGS,KRISTINE NICOLE              ACCT#:      Q00615480023
                                         FORM:

  \DM DATE:  11/25/12  2323
  ND PHYS:  Grunander,Megan W            UNIT#:      Q000614698
  DIS DT/TM: 12/01/12  1115              SEX:        F
  DIS DISP:  VETERANS ADMIN HOSPITAL  43 AGE:        41
        LOS:  :             6          DOB:        07/29/71
  PT CLASS:  IN.OTH                      FIN CLASS:  15
                                         ABS STATUS:  FINAL
```

DIAGNOSES                                                        POA INDICATOR

| | | | POA |
|---|---|---|---|
| ADMIT | 871.0 | OCULAR LAC W/O PROLAPSE | |
| PRINC | 871.1 | OCULAR LACERA W PROLAPSE | Y |
| | 802.8 | FX FACIAL BONE NEC-CLOSE | Y |
| | 802.4 | FX MALAR/MAXILLARY-CLOSE | Y |
| | 801.01 | CL SKUL BASE FX W/O COMA | Y |
| | 873.41 | OPEN WOUND OF CHEEK | Y |
| | E965.0 | ASSAULT-HANDGUN | Y |
| | E849.5 | ACCID ON STREET/HIGHWAY | E |
| | E000.8 | OTHER EXTERNAL CAUSE STATUS | E |

REASON FOR VISIT DX

OPERATIONS

| DATE | PROC CODE & NAME | | SURGEON | ANESTHESIOLOGIST |
|---|---|---|---|---|
| 11/26/12 | 12.89 | SCLERAL OPERATION NEC | Sykes,Scott O | Slade,Travis De |
| 11/26/12 | 11.51 | SUTURE CORNEA LACERATION | Sykes,Scott O | |
| 11/25/12 | 96.04 | INSERT ENDOTRACHEAL TUBE | Loveridge,Brian | |
| 11/25/12 | 96.71 | CONTINUOUS INVASIVE MECHANICAL | Grunander,Megan | |
| 11/26/12 | 96.51 | IRRIGATION OF EYE | Newey,Mark L  D | |
| 11/26/12 | 08.89 | EYELID REPAIR NEC | Newey,Mark L  D | |

```
  ---s:
  (   :      115  EXTRAOCULAR PROCEDURES EXCEPT ORBIT
```

| | $REIMB | MIN-LOS | STD-LOS | COST WT | GRP VERS | GRP FC |
|---|---|---|---|---|---|---|
| F 'US | 5976.03 | | 3.5 | 1.2084 | 30 | 15 |

```
DRG STATUS DATE: 12/04/12             ABS STATUS DATE: 12/04/12
CODER: 1HCSPN0930                     ABSTRACTOR: 1HCSPN0930
```

**This form will be maintained as a permanent part of the medical record**

MCSO_00482