UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

_____

| | | |
|---|---|---|
| KRISTINE BIGGS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:14-cv-147 |
| | ) | Judge Tena Campbell |
| vs. | ) | |
| | ) | **Deposition of:** |
| DANIEL SCOTT PEAY, a | ) | **DANIEL SCOTT PEAY** |
| Morgan County Sheriff's | ) | |
| Sergeant; MORGAN COUNTY, a | ) | |
| Political Subdivision; and | ) | |
| JOHN and JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**October 13, 2015**
**9:40 a.m.**

Location:  SYKES MCALLISTER LAW OFFICES
311 South State Street, Suite 240
Salt Lake City, Utah

*Reporter:  Melinda J. Andersen*
*Certified Shorthand Reporter and Notary Public*

*Johnson v. Peay et al. * 10/13/15 * Deposition of: DANIEL SCOTT PEAY*

1          MR. STIRBA:  Objection, vague and ambiguous as

2   to lobby.  Go ahead.

3          THE WITNESS:  No.

4      Q.   Is it true -- have you seen the video since?

5      A.   Yes.

6      Q.   Is it true that when you fired that shot you

7   were five or six feet off to the side of her car?

8      A.   I don't recall.  I couldn't say that I was five

9   or six feet off to the side of the car.  I was to the side

10  of the car, yes.

11     Q.   You weren't in any danger of getting hit

12  yourself, were you?

13     A.   Not at that point, no.

14     Q.   While you shot you were in no danger of getting

15  hit when you shot?

16     A.   I was not, no.

17     Q.   Isn't it true, however, that you told some

18  people before this investigation, you told other officers

19  that you were in danger of getting hit; isn't that true?

20     A.   Not at the time that I fired the shot.  That's

21  not true.

22     Q.   I know you were in no danger, but my question

23  is didn't you tell initially other officers that you were

24  in danger?

25     A.   I never told anybody at the time I shot that I

27