| | | |
|---|---|---|
| 1<br>2<br>3 | Curtis: | Ok. Um. Thank you. Thanks for coming, we are glad to have you here. Not in light of the circumstances but, we are glad to be able to meet with you. Um, let's go ahead and get everybody that is here in the room. Um, if we could go ahead and start. |
| 4 | Peay: | My name is Scott Peay, and I go by Scott. (Inaudible). |
| 5 | Curtis: | Ok. Would you spell your last name? |
| 6 | Peay: | Peay, P-E-A-Y. |
| 7 | Curtis: | Ok. |
| 8 | Edwards: | Kevin Edwards, Chief Deputy with the Morgan County Sheriff's Office. |
| 9 | Curtis: | Ok and you are here completely Kevin as... |
| 10 | Edwards: | Support. |
| 11 | Curtis: | Support Staff, um, no administration duties on this one. |
| 12 | Edwards: | No. |
| 13 | Curtis: | Ok. Fabulous. Julie Curtis, Investigator with, with a Davis County Attorney's Office. |
| 14 | Herndon: | John Herndon, I'm a Detective with the Davis County Sheriff's Office. |
| 15<br>16<br>17<br>18 | Curtis: | Great. And, um, right now what we want to go over, um, is that you are here voluntarily. Um, you are free to leave the room at any given time. If there's questions that you don't want to answer, um, you are not compelled to answer any questions you don't have, Garrity. Do you understand what Garrity is? |
| 19 | Peay: | Yes, I do. |
| 20 | Curtis: | Ok, so this is not a Garrity interview. |
| 21 | Peay: | Kay. |
| 22<br>23 | Curtis: | Um, we will not read you your Miranda Rights because it is completely a volunteer interview. |
| 24 | Peay: | Ok. |
| 25<br>26<br>27<br>28 | Curtis: | Um, you, have support here from your department, but that is support only, and not administrative duties. Um, again, you can, if you want to take a break, you can ask, let's take a break and um, step out, and go get a drink of water, and then we can come back. If you decide you don't even want to come back, you can walk out of the building. |
| 29 | Peay: | Ok. |

along those lines, but I was trying to communicate with her. And she changed her gaze from me over to Christian, and ==I can remember seeing Christian in my peripheral vision and at some point, you know as all the attention came in there, I lost sight of him.== But I knew that he had exited his truck, and that another car which turned out to be South Ogden at the time and then I turned to look and see who it was, and I knew there was another vehicle there, and the grill was right there, and I saw her look at him, and she changed that rage from me to him, and her, her total focus was on him, and she put it in gear, and she revved up her engine and she came and she hit the front of that car, and I think she hit Christian's truck too, and, and just like when she came at me, and the speeds weren't high here, at the end, she was revving up and there was force there, and when she hit that front of that car, I was very concerned that I had waited too long and that my brother had been hit, I didn't, I didn't know if he had or not. And uh, after she hit it, I heard the force that she hit it with, and I, I was very concerned. I was very concerned, that my brother had been hit. ==And after she hit it, it still didn't stop, she was revving her engine, and she was applying force to the front of the car==, and I was, I didn't look over, and I, I, the effects of television were starting to coming in. ==I was concerned that with her pushing on that truck that it was actually gonna push it into him and he was pinned between cars== or what was going on, and was when I knew, I knew there was no other action I could take, I couldn't run all the way around the truck to her, I couldn't grab her, the windows were up, I didn't want anybody to run up to the side of the truck, because I knew that she wouldn't be able (inaudible) to run over them or back over them, or do whatever that is. I just knew we couldn't do that, and, and when she was applying gas and I could hear the engine revving and with all of that taking place that's when I decided that our lives were in jeopardy. She wasn't backin' down, and I was worried my brother was gonna die. And that's when I, I shot. I just took one shot, and I actually I can remember, I had been surprised that one shot ended it. Uh, but when I, I focused, and I, I took the shoot, and I, I remember seeing her head move, and immediate, well I don't know if it was immediately, my mind immediately she let off the throttle, and I remember being concerned, that that I had killed her. That I was relieved that the truck had quit and that, that everybody was gonna be ok, I hoped. I hoped that nobody was hurt. And uh, as soon as in my mind anyway, I would have, I can't, I haven't looked at times or anything, but I know that after I shot, that I keyed my radio and I told dispatch that shots had been fired and that we needed to get medical here right now. And uh, I remember saying well that the suspect hadn't been secured yet. As I did that, I was trying to communicate with officers there, were seeing coming up out of my peripheral vision, and at the time, I didn't know who they were, or anything. But I remember talking to them, I don't remember exactly what instructions I was given, but I know that a Weber County Deputy went up, and, and broke the window out, but then he backed up a little bit. And I, in my mind I was expecting to just hold cover while they were able to take care of her, and they backed up and waited for me, so I went around the (inaudible), around the truck. I uh, I covered her as I came up to the driver's side. And uh, I said something to her, and I remember being surprised that she could hear me