PETER STIRBA (Bar No. 3118)
JULIA D. KYTE (Bar No. 13113)
JEFFREY D. MANN (Bar No. 13795)
**STIRBA, P.C.**
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, UT 84110-0810
Telephone: (801) 364-8300
Fax:  (801) 364-8355
Email: jmann@stirba.com
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KRISTINE BIGGS JOHNSON,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL SCOTT PEAY, a Morgan County Sheriff's Sergeant, MORGAN COUNTY, a Political Subdivision; and JOHN AND JANE DOES 1-10,<br><br>     Defendants. | **APPENDIX TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1:14-cv-00147-TC<br><br>Judge Tena Campbell<br>Magistrate Judge Brooke C. Wells |

Defendants Sergeant Daniel Scott Peay and Morgan County, by and through the undersigned counsel of record, and pursuant to DUCivR 56-1(f), hereby submit this Appendix to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment.

| Exhibit | Title | Source |
|---|---|---|
| A | Deposition of Kristine Biggs Johnson | Linda J. Smurthwaite, Certified Shorthand Reporter, Intermountain Court Reporters |
| B | Deposition of Deputy Christian Peay | Rashell Garcia, Certified Shorthand Reporter |
| C | Deposition of Jeffrey Dingman | Rashell Garcia, Certified Shorthand Reporter |
| D | Deposition of Eric Prescott | Teri Hansen Cronenwett, Certified Realtime Reporter, Garcia & Love Court Reporting & Videography |
| E | Deposition of Sergeant Scott Peay | Melinda J. Andersen, Certified Shorthand Reporter |
| F | Deposition of Todd Hardman | Teri Hansen Cronenwett, Certified Realtime Reporter, Garcia & Love Court Reporting & Videography |
| G | Interview of Deputy Christian Peay | Linda J. Smurthwaite, Certified Shorthand Reporter, Intermountain Court Reporters |
| H | Interview of Sergeant Scott Peay | Jayme MacKay, Certified Shorthand Reporter, Thacker & Co. |
| I | Interview of Kristine Biggs Johnson | Linda J. Smurthwaite, Certified Shorthand Reporter, Intermountain Court Reporters |
| J | Documents Labeled "MCSO" | Morgan County Sheriff's Office |
| K | Documents Labeled "ORMC" | Ogden Regional Medical Center |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2016, a true copy of the foregoing **APPENDIX TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was served by the method indicated below, to the following:

Robert B. Sykes  
Alyson Carter McAllister  
Rachel L. Sykes  
SYKES McALLISTER LAW OFFICES, PLLC  
311 South State Street, Suite 240  
Salt Lake City, Utah 84111

( ) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile  
(X) Electronic Filing

Richard T. Williams  
ALLEN PACE LAW, P.C.  
2550 Washington Blvd., Suite 300  
Ogden, Utah 84401

( ) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile  
(X) Electronic Filing

/s/ Zachary B. Hoddy  
Legal Assistant