# EXHIBIT "D"

## "Deposition Of Eric Prescott"

## (cited pages only)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| KRISTINE BIGGS JOHNSON,   ) | |
|   ) | |
|     Plaintiff,   ) | Civil No. |
|   ) | 1:14-cv-147 |
|   vs.   ) | |
|   ) | **Deposition of:** |
| DANIEL SCOTT PEAY, a   ) | |
| Morgan County Sheriff's   ) | **ERIC PRESCOTT** |
| Sergeant, MORGAN COUNTY, a   ) | |
| Political Subdivision; and   ) | |
| JOHN and JANE DOES 1-10,   ) | |
|   ) | |
|     Defendants.   ) | |

**October 22, 2015**
4:11 p.m.

Location:  Sykes McAllister Law Offices
311 South State Street, Suite 240
Salt Lake City, UT  84111

*Reporter:  Teri Hansen Cronenwett*
*Certified Realtime Reporter, Registered Merit Reporter*

*Johnson v. Peay * Depo of ERIC PRESCOTT * 10-22-15*

## A P P E A R A N C E S

For the Plaintiff:        Robert B. Sykes
                                SYKES MCALLISTER LAW OFFICES, PLLC
                                311 S. State Street, Suite 240
                                Salt Lake City, UT  84111
                                (801) 533-0222
                                bob@sykesinjurylaw.com

For the Defendants:     Julia D. Kyte
                                STIRBA, P.C.
                                215 South State Street
                                Suite 750
                                Post Office Box 810
                                Salt Lake City, UT 84110
                                (801) 364-8300
                                (801) 364-8355 fax
                                jkyte@stirba.com

## I N D E X

Witness                                                              Page

ERIC PRESCOTT

      Examination by Mr. Sykes                 3
      Examination by Ms. Kyte                 25
      Further Examination by Mr. Sykes       31

2

*Teri Hansen Cronenwett, CRR, RMR*
*Garcia & Love Court Reporting & Videography*

*Johnson v. Peay * Depo of ERIC PRESCOTT * 10-22-15*

```
 1   October 22, 2015                        4:11 p.m.
 2               P R O C E E D I N G S
 3                  ERIC PRESCOTT,
 4   called as a witness at the instance of the plaintiff,
 5   having been first duly sworn, was examined and testified
 6   as follows:
 7                   EXAMINATION
 8   BY MR. SYKES:
 9        Q.   Okay.  Would you state your, your full name
10   and your address for the record.
11        A.   Like my home address or my --
12        Q.   No.
13        A.   -- work.
14        Q.   Just your, your business.  Whatever your
15   command center is there.
16        A.   Corporal Eric Prescott, Utah Highway Patrol,
17   461 Stewart Avenue, Ogden.
18        Q.   Ogden.  Okay.  You're from Ogden?
19        A.   Yeah.
20        Q.   Good.
21        A.   Ogden, Utah, 84404.
22        Q.   Yeah.
23        A.   There you go.
24        Q.   Yeah.  Eric Prescott.  That name's familiar to
25   me.
```

3

*Teri Hansen Cronenwett, CRR, RMR*
*Garcia & Love Court Reporting & Videography*

1          **MR. SYKES:**  It's in codes, okay.

2          **THE WITNESS:**  So unless, unless you have the

3    key to decipher it, that tells you what that box means,

4    I can't.  I can't tell you exactly which code is which.

5          **Q.**   **(By Ms. Kyte)**  So if you look on the left-hand

6    side where it says speed.

7          **A.**    Yep.

8          **Q.**    Is it fair, where it says posted, it was a 30

9    miles per hour posted speed?

10         **A.**    Yeah, I don't know exactly, but if that's --

11   if that's what the posted speed limit was.  So we try to

12   find a speed limit sign closest to wherever it happens,

13   and we'll list that as the posted speed for that road

14   way.

15         **Q.**    And then if it lists -- there's another box

16   that has 35, and then it has, "EST impact at 15."  Would

17   it be fair to say it was estimated to be at 15 miles per

18   hour at impact?

19         **A.**    Yeah, that's -- I mean, and that box right

20   next to it says who, who estimated it.  So if they

21   estimated that, and that's what they put.  Again, I --

22   according to the box, to the report, yes.  That's what

23   it means.  In the estimated impact, the 15 would mean

24   that the person who estimated it, estimated it to be at

25   15 miles per hour on impact.

28