# EXHIBIT "G"

## "Interview Of Deputy Christian Peay"

## (cited pages only)

POLICE INTERVIEW OF CHRISTIAN PEAY

NOVEMBER 26, 2012

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
1                    NOVEMBER 26, 2012
2          DETECTIVE GLEN:  I am detective Glen, North Salt
3     Lake Police Department, and I am interviewing Christian
4     Peay.
5          A.    Peay.
6          Q.    Peay, with Morgan County Sheriff's Office.
7     It is November 26, 2012, at 1:06 in the morning.  All
8     right, Christian.  I understand that there was a chase,
9     and an officer-involved shooting?
10         A.    Yes.
11         Q.    And we're just here to discuss your
12    involvement, whatever that is.
13         A.    I was the one who initiated the pursuit.
14         Q.    I'm sorry, what?
15         A.    I was the one who initiated the pursuit.
16         Q.    Okay.  So go ahead and tell me everything,
17    start from the time you saw this vehicle you initiated
18    the chase with, until it ended.
19         A.    All right.  As I was traveling on I-84 -- I
20    can't remember the time right now -- traveling eastbound
21    about mile marker 99, I observed a semi going westbound.
22    As it was going by, I observed a turn signal turn on and
23    a vehicle had all of its lights turned off passing the
24    semi.  And if I didn't see the signal, I wouldn't have
25    seen the vehicle.
```

                                                              2

1    We continued going westbound.  I was still the lead

2    vehicle.  The (inaudible) vehicle was behind me.  I can't

3    tell you how many were involved at that point.  The

4    vehicle took the toll road exit.

5         Q.    The toll road exit?

6         A.    Yeah, I guess it's Adams Avenue; I'm not

7    sure.  Took the toll road exit.  Turned right.  And then

8    turned right again, and I believe it's on Cottonwood

9    Road, Cottonwood Drive, I'm not familiar with the roads

10   down there.  Traveled at very slow speeds, about 30 miles

11   an hour down this road.  The vehicle stopped and started

12   to turn left.  And I believe that -- that's when he

13   struck Sergeant Peay's vehicle.  It did like a

14   three-point turn.  By that time I think all the tires

15   were off the vehicle except one.

16        She started -- when she made a three-point turn,

17   she stopped, facing me.  I put my vehicle in park.  I

18   jumped out, pointed my duty weapon, as the other officers

19   did too.  I noticed the one on my left had his gun out,

20   and the one on my right had his gun out, and I noticed

21   Sergeant Peay also had his gun out.  She then -- it

22   appeared to me she looked right at me, put her truck in

23   gear and gunned it at me and struck my vehicle.  That's

24   when I heard a gun shot.  The driver, (inaudible) to be

25   female.  She put her hands to her face like she was

                                                        5

1   covering up her eyes.  I wasn't sure if she was shot at

2   that time.  I thought she was just going, 'oh crap, I'm

3   caught'.

4        One of the officers commanded her to put her hands

5   in the air, she put her hands in the air.  Then one

6   officer tried to open the door.  It wouldn't open I

7   guess, and he broke the driver's door window with his

8   asp.

9        Q.    Who was doing this?

10       A.    I'm not sure.  It might have been a Weber

11  County deputy.

12       Q.    Just another officer?

13       A.    I don't know any of these guys.  All of them

14  had their jackets on and so I couldn't identify --

15       Q.    Okay.

16       A.    -- what agencies most of them were from.  I

17  believe it was a Weber County deputy.  He struck the

18  vehicle window with his asp and shattered it.  They

19  pulled her out, cuffed her up, and that's when I noticed

20  there had was blood on her shoes.  She had a gun shot

21  wound to the face.

22       Q.    Okay.  Did you help take her into custody?

23       A.    No.

24       Q.    Or another officer?

25       A.    As the officers were getting her out of the

                                                        6

1    vehicle, I was still standing beside my vehicle, to the

2    left of my driver's door with my gun pointing at her.

3          Q.    To the left of --

4          A.    Yeah, I was standing right beside my vehicle,

5    left side of my vehicle.

6          Q.    Okay.

7          A.    Just right by my driver's door.  (Inaudible)

8    things out, I can't remember everything, it's like major

9    tunnel vision and stuff going on.  It was, like, very

10   surreal.  But when she put her vehicle in gear, she

11   looked at me, I swear, she had the strangest look on her

12   face.  It's like -- I thought she wanted to do a suicide

13   by cop, I really did.  It was the strangest look I've

14   seen on anyone's face.  It was weird.  That's what I

15   remember more than anything, the look on her face, just

16   so weird.

17         Q.    Okay.

18         A.    She's determined to get out of there and run

19   my truck down.  And I was -- I don't know, I guess she

20   could have nailed me, I was standing right there.

21         Q.    Where did she strike your truck?

22         A.    The front bumper on the driver's side.

23         Q.    With what part of her truck?

24         A.    With the right front bumper, the right side

25   of the front bumper, I believe.

                                                          7

1       Q.    Okay.  And what kind of weapon do you carry?

2       A.    A Glock 40.

3       Q.    Okay.  What model?

4       A.    Model 22.

5       Q.    Okay.  All right.  And your magazines, do you

6  load them to capacity?

7       A.    Yes.

8       Q.    So there's 15 rounds?

9       A.    Yes.

10      Q.    Okay.  And your handgun is a full magazine

11  plus --

12      A.    Yes.

13      Q.    Okay.

14      A.    I remember thinking that, 'man, she's gonna

15  slam my truck and push it into me and pin me against the

16  car next to me.'  That's what I was thinking, you know.

17      Q.    Do you mind showing me, once you stopped, do

18  you mind just kind of diagraming that on here?

19      A.    Okay.

20      Q.    Like draw the road and then just where you

21  remember the vehicles being?

22      A.    Okay.  Here's the road, this would be my

23  vehicle right here.

24      Q.    Okay.

25      A.    Her vehicle, you know, did like a three-point

                                                    17