# EXHIBIT "I"

## "Interview Of Kristine Biggs Johnson"

### (cited pages only)

POLICE INTERVIEW WITH KRISTINE BIGGS

NOVEMBER 28, 2012

TRANSCRIBED BY: LINDA J. SMURTHWAITE, RDR.

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
 1            NOVEMBER 28, 2012, INTERVIEW WITH KRISTINE BIGGS
 2            OFFICER:  Did she say okay?  All right.
 3       Q.    You're cold?
 4       A.    Yes.
 5       Q.    Hi, how are you?
 6       A.    I've been better.
 7       Q.    Yes, I'm sure, I'm sure.  I'm Sergeant
 8  Thompson.  I'm with Davis County Sheriff's Office.  Okay?
 9  And I'm one of the investigators and this is Detective
10  Warenchise (sic), he works with me.
11            DETECTIVE WARENCHISE:  Hello.
12       Q.    And you know, we're --
13       A.    I had every intention of trying to kill
14  myself yesterday.
15       Q.    You had ever intention of trying to kill
16  yours?
17       A.    -- have to ask -- yes.
18       Q.    Okay, hon.  Tell you what, let's work through
19  this together, okay?  I know that you're in a lot of
20  pain, and I know that a lot of stuff has happened to you,
21  okay?  So, the key is, you know, you have rights, okay?
22  And you're not under arrest, okay?  But, you know,
23  obviously you can't hop out of the bed either.  So if
24  there's anything that I ask you that you don't want to
25  answer, just tell me 'I don't want to answer that.'  Or,
```

                                                                2

```
 1  okay.  And then did you just start drinking on the road,
 2  or what happened?  And I know that you're having a tough
 3  time, you're having a tough time kid-o, and I understand
 4  that.
 5          A.   Actually, it's time for my pain meds.
 6          Q.   Is it?  Do you want me to get the nurse?
 7          A.   I don't know if you want me to wait or --
 8          Q.   I don't want you to be uncomfortable, but
 9  yeah, if we can talk, it really shouldn't take that long.
10          A.   Okay.
11          Q.   So.  Okay.  Tell me -- so you bought a bottle
12  in Evanston, and you started drinking, and now you're
13  driving down the road.
14          A.   I was talking to my friend Sandy.
15          Q.   You were talk --
16          A.   That's the last thing that I remember was
17  talking to my friend Sandy.
18          Q.   Sandy?
19          A.   And there was a loud bang and lots of pain.
20          Q.   Okay.  Okay.
21          A.   And then I'm here.
22          Q.   Yeah.  Now, tell me, you're driving into
23  Utah, and do you remember seeing the police officers?
24          A.   No.
25          Q.   Do you remember seeing the lights?
```

6

```
 1        A.    No.
 2        Q.    You don't remember seeing the lights behind
 3   you?
 4        A.    No.
 5        Q.    Okay.
 6        A.    That's what I remember.
 7        Q.    The bang?
 8        A.    Yeah.
 9        Q.    Okay.  Do you -- do you recall getting off
10   the freeway and turning around heading back towards
11   Wyoming, and then getting off the freeway again, and
12   heading back towards California?
13        A.    No.  You're, I guess, telling me what I did?
14        Q.    Well, I'm just asking you if you remember.
15   Do you remember something wrong with your truck?
16        A.    I was fighting with the tarp.
17        Q.    Fighting with the tarp?
18        A.    Yeah, I had my stuff packed in my truck.
19        Q.    Okay.  Okay.  Tell me everything about
20   fighting with the tarp?
21        A.    Well, that was when I stopped in Evanston, is
22   the last time I tried to re-strap it down again.
23        Q.    Okay.  And then what happened?
24        A.    Loud bang.  Lots of pain.
25        Q.    So, your recollection is you remember
```

7

```
 1   stopping in Evanston, and you remember fighting with the
 2   tarp?
 3        A.   Yeah.
 4        Q.   What's the next thing you remember?
 5        A.   Loud bang.
 6        Q.   Loud bang.
 7        A.   Lots of pain.
 8        Q.   Okay.  If -- I don't want to put ideas in
 9   your head, I don't want to put words in your mouth, and I
10   just want to understand.  And what I'm hoping to get is
11   just some understanding, you know.  Do you think that you
12   blacked out?  Have you --
13        A.   Loud bang, lots of pain.
14        Q.   Okay.
15        A.   Kinda sounds like that.
16        Q.   Let me ask you a little bit about your
17   drinking.  Have you ever drank and then blacked out and
18   found out things that you'd done before, or had done
19   after you started drinking, and you found out from
20   friends that all this stuff had happened and you never --
21        A.   Wow, I danced naked on the table, kind of
22   stuff?
23        Q.   Yeah.
24        A.   Never danced naked on the table, I know I
25   didn't.
```

8

```
 1        Q.    Okay.  But has that ever happened to you
 2   before?
 3        A.    Yeah.
 4        Q.    Okay.  When was the last time you remember
 5   that happening?  Was it recent or was it years ago?
 6        A.    Three years ago.
 7        Q.    Years ago?  Okay.
 8        A.    (Inaudible) if you consider the loud bang and
 9   flash of pain.
10        Q.    Okay.  Okay.  Do you remember --
11        A.    This is really scary.
12        Q.    I understand, hon, I do understand.  And, you
13   know -- do you remember seeing the police officers
14   outside your truck?
15        A.    No.
16        Q.    Do you remember hearing the officers tell you
17   to stop and --
18        A.    I remember getting back on the road in
19   Evanston, and a loud bang and flash of pain.
20        Q.    Okay, okay.  Do you remember running into the
21   police officers' cars?
22        A.    What?
23        Q.    You don't remember that?
24        A.    No.
25        Q.    Okay.
```

9