# EXHIBIT "J"

# "Documents Labeled MCSO"

# (cited pages only)



**MORGAN COUNTY SO**
GENERAL OFFENSE HARDCOPY
OTHER

GO# MC 2012-5775 CLOSED/ARREST/BOOKED    5499-11 TRAF-FLEEING

MORGAN COUNTY SHERIFF
PROTECTED INFORMATION
This information is to be used only in association with
CASE# 12-5775
Further dissemination to any unauthorized person or agency may result in civil/criminal liability

## Related Text Page(s)

Document: INITIAL R/O FIELD
Author: 26 - CHRISTIAN PEAY (Quit)
Subject: BIGGS, KRISTINE NICOLE
Related date/time: Nov-25-2012 (Sun.)

SYNOPSIS
On 11/25/2012 Kristine Biggs fled from Morgan County Deputies in a vehicle pursuit. During the pursuit, Kristine attempted to run over police officers and struck two police vehicles. Deadly forced was used against her to get her stopped. She was shot one time in the face. She was transported to Ogden Regional Hospital in critical condition.

PERSONS INVOLVED
Kristine Biggs, suspect

VEHICLE INVOLVED
2003 white GMC pickup

INITIAL CONTACT
On 11/25/2012 at 2149 I was traveling eastbound on I-84 at mile marker 99. I observed a semi truck traveling westbound with its lights on. As we passed each other I noticed a turn signal come on behind the semi. I then realized that there was a white pickup traveling with no lights on. The moon was almost full and gave off enough light to recognize the vehicle as a white pickup with a load in its bed. I notified Sgt. Peay about the pickup traveling westbound with no lights on and I was able to get turned around at mile marker 100. Sgt. Peay was at 4200 W Old Highway Road and stated he will be enroute to look for it.

I proceeded after the pickup and when I approached the mile marker 96 westbound off ramp, I saw the vehicle with its right turn signal on take the off ramp exit. I drove down the off ramp and saw the same white pickup. Sgt. Peay was near the off ramp and stated he could see it. When I had reached the bottom of the off ramp, the pickup had its left turn signal on and made the left turn onto the eastbound on ramp. I activated my overhead lights as I was approaching the vehicle prior to making the turn. The pickup traveled eastbound on I-84 with Sgt. Peay and I directly behind it with our emergency lights on. The pickup did not stop but kept traveling eastbound. I notified dispatch that I was in a vehicle pursuit and Sgt. Peay said he will call it over the radio.

MORGAN COUNTY SHERIFF
PROTECTED INFORMATION
This information is to be
used only in association with
CASE # 12-5775
Further dissemination to any
unauthorized person or agency may
result in civil/criminal liability

| MORGAN COUNTY SO |
|---|
| GENERAL OFFENSE HARDCOPY |
| OTHER |

GO# MC 2012-5775 CLOSED/ARREST/BOOKED      5499-11 TRAF-FLEEING

We traveled eastbound with speeds reaching up to 90 MPH and then slowed down to 75 MPH. Sgt. Peay and I both had our emergency lights and audible sirens on. I observed Sgt. Peay pull up alongside of the pickup to see how many occupants were inside the pickup but could only see a large German Shepherd type dog in the front seat. I gave dispatch the license plate number but couldn't see what state it was from. When we approached mile 103 the pickup took the off ramp. I was able to get close enough to see that the pickup was registered out of Colorado. I gave dispatch the state and asked them to check the registration. The pickup turned left at the bottom of the off ramp and then turned left again onto the westbound on ramp. Dispatch notified us that the license plate was not on file.

Shortly after getting back onto I-84 the suspect turned on its left turn signal again to pass a small pickup. The suspect then used its right turn signal to change into the outside lane after passing the small pickup.

We proceeded westbound on I-84 with Sgt. Peay and I following the pickup with our lights and sirens on. Sgt. Peay kept dispatch notified of our location, speeds and traffic. There were no other vehicles in sight as we traveled westbound. Numerous Utah Highway Patrol Troopers responded in our direction and set up spikes at mile 90. We continued to travel westbound with no other vehicles in sight and at speeds 70 to 80 MPH. The driver of the pickup made no attempt to slow down and stop.

As we approached mile 90 westbound, Sgt. Peay notified the Troopers we were coming. Sgt. Peay and I slowed down as we approached the spikes and watched the pickup drive over them. We then sped back up and caught up to the pickup. I could see pieces of tire and smoke coming off the pickup. At mile 89 the pickup was in the left lane. At one point after being spiked, the vehicle almost drove off the right shoulder and then went across both lanes and struck the cement barrier.

Three of its tires had disintegrated and were riding on its rims. I could see sparks coming from the rims. The right rear tire was still inflated. When we reached the bottom of Weber Canyon, about mile 88, the Troopers attempted to spike the right rear tire but without success. We continued westbound on I-84 until we reached the Toll road Exit at mile marker 85. The pickup took the off ramp and and turned on its right turn signal and turned right onto Cottonwood Drive. We followed the pickup east on Cottonwood Drive for about .5 miles.

We traveled at speeds of 20 MPH. The driver of the pickup then turned

|  | **MORGAN COUNTY SO**<br>GENERAL OFFENSE HARDCOPY<br>OTHER | |
|---|---|---|
| | GO# MC 2012-5775 CLOSED/ARREST/<br>BOOKED | 5499-11 TRAF-FLEEING |

left. Sgt. Peay veered left to stop her. The driver then put the pickup in reverse and backed up about 10 feet. Then the driver went forward and struck Sgt. Peay's Patrol vehicle and nearly hitting Sgt. Peay. Sgt. Peay was outside of his vehicle and standing on the right side of it at the time giving the driver commands to stop. I exited my patrol truck and was standing left of the drivers door. I had my duty weapon pointed at the driver. Sgt. Peay was still giving her commands to stop. The driver then backed up about 10 feet. She looked directly at me and the expression on her face changed. She looked as if she was targeting me to run me over.

She then revved the engine put the pickup in gear and traveled right at me and struck the left side of my front bumper, moving my patrol truck, and came to a stop with our vehicles touching. I heard a gunshot come from the left and I saw the bullet hit the windshield.

The driver put both hands to her face covering her eyes. I did not know if she was hit by a bullet. The pickup then rolled back a few inches but our vehicle were still touching. I stood to the left of my vehicle with my duty weapon pointed at her as other officers opened her door and removed her from her pickup. As she was being removed, I did see blood on her hands and face.

I assisted officers with attending to her injuries. I then stayed on scene until Davis County investigators arrived and started their investigation.

MORGAN COUNTY SHERIFF
PROTECTED INFORMATION
This information is to be
used only in association with

CASE# 12-5775

Further dissemination to any
unauthorized person or agency may
result in civil/criminal liability





# STATE OF UTAH INVESTIGATING OFFICER'S REPORT OF TRAFFIC CRASH

Page 1 of 4

**Date of Crash:** 11/25/12  
**Day of Week:** Sunday  
**Military Time:** 21:52

**PLACE WHERE CRASH OCCURRED:** County Code 11  
**City or Town of Jurisdiction:** SOUTH WEBER  
**ROAD, STREET, HWY:** Cottonwood Street  
**CRASH OCCURRED:** IF NOT AT INTERSECTION, 0 Feet W of 900 E.

**Case Number:** 021220957  
**Latitude:** 41.1471013  
**Longitude:** -111.961377  
**REPORTABLE CRASH:** ☒ YES  ☐ NO

## Vehicle 1
**VIN:** 1GTHK23274F219742  
**Plate:** 254OSN  **State:** CO  **Exp:** 06/12  **Color:** WHI  **Make:** GMC  **Model:** Sierra 2500 HD  **Year:** 2004

**Driver:** Kristine N Biggs  
**Address:** 4150 Hwy 50, Whitewater CO 81527  
**State:** CO  **License:** 052340989  **Class:** D  **Endorse:** A  **DOB:** 07/29/71  **Age:** 41  
**Charge:** 41-6-13.5(1)  
Booked into jail

## Vehicle 2
**VIN:** 1FMEU51889UA43093  
**Plate:** 205117EX  **State:** UT  **Exp:** 06/13  **Color:** GRY  **Make:** FORD  **Model:** EXPLORER  **Year:** 2009

**Driver:** DANIEL S. PEAY  
**Phone:** (801) 845-4021  
**Address:** 48 Young Street, Morgan Utah 84050  
**State:** UT  **License:** 12690926  **Class:** D  **DOB:** 01/15/63  **Age:** 49

**Owner:** Morgan County Sheriff  
48 Young Street, Morgan UT 84050

**Insurance:** Utah Counties Indemnity Pool  
**Effective:** 01/01/2012  **Expiration:** 01/01/2013  **Policy:** UCIP-1210019  
P.O. Box 95730 South Jordan, Utah 84095  **Phone:** (801) 565-8500

**Work Zone?** ☐ Yes ☒ No ☐ Unknown  
**Total # of Lanes on Roadway:** 2  
**Workers Present?** ☐ Yes ☒ No ☐ Unknown  
**# Vehicles Involved:** 2

**Law Enforcement Activity:**  
**Time Notified of Crash:** 21:52  **Arrived at Scene:** 23:35  
**Date Notified of Crash:** 11/25/12  **Investigation Completed:** 11/26/12  
**Field Diagram:** ☒ Yes ☐ No  **Video:** ☐ Yes ☒ No  **Photo(s):** ☒ Yes ☐ No  **Digital** ☐ Film

☒ ORIGINAL REPORT  ☐ ADDITIONAL PERSONS REPORT  ☐ SUPPLEMENTAL REPORT  ☐ AMENDED REPORT

State Law Requires a Reportable Crash Report to be Forwarded to Dept. of Public Safety Within 10 Days Following Completion of Investigation. Mail ORIGINAL REPORT TO: Driver License Division, P.O. Box 144501, Salt Lake City, UT 84114-4501

MCSO_00318

**SEATING POSITION**
- 11 - Motorcycle Driver
- 21 - Motorcycle Passenger
- 10 - Front Row Other
- 25 - Second Row Other
- 35 - Third Row Other
- 40 - Fourth Row Other
- 50 - Sleeper Section of Cab (Truck)
- 61 - Enclosed Cargo Area
- 62 - Unenclosed Cargo Area
- 54 - Trailing Unit
- 55 - Riding on Vehicle Exterior
- 60 - Seating Position 11, Not Driver
- 57 - Right Side Driver
- 60 - Non-Motorist
- 97 - Other
- 99 - Unknown

EMS Time Called: 22:17    EMS Time Arrived: 22:27

| | | | | | | | | | INJURY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Person Type | Seating Position | Sex | Level | Area | Cause | Transported By | Safety Equipment | Used Property | Air Bag | Ejection | Ejection Path | Extrication |

Disposition of Vehicle #1: 03  TOWED BY: Lincoln Enviromental
Disposition of Vehicle #2: 01  TOWED BY:

| | | DOB | Age | | | BAC | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VEH 1 | DRIVER Transported to Ogden Regional Medical Center | | | BAC: .400 | | 01 | 11 | F | 03 | 96 | 96 | 02 | 99 | 99 | 01 | 00 | 96 | 01 |
| VEH 2 | DRIVER Transported to: | | | BAC: - | | 01 | 11 | M | 01 | 96 | 96 | 96 | 01 | 01 | 01 | 00 | 96 | 01 |
| VEH | Name / Address | DOB | Age | Transported to: | | | | | | | | | BAC: | | | | |
| VEH | Name / Address | DOB | Age | Transported to: | | | | | | | | | BAC: | | | | |
| VEH | Name / Address | DOB | Age | Transported to: | | | | | | | | | BAC: | | | | |
| VEH | Name / Address | DOB | Age | Transported to: | | | | | | | | | BAC: | | | | |

**DIAGRAM of CRASH** ☐ NO DIAGRAM / Reason: _____ 1. Other Non-premises  2. Vehicles moved  3. Other    DLD#

(N) 900 E. Cottonwood Street

**DESCRIBE WHAT HAPPENED**
(Refer to Vehicle by Number)

VEHICLE #1 WAS FLEEING FROM POLICE EASTBOUND ON COTTONWOOD STREET AT APPROXIMATELY 900 E. VEHICLE #2 (POLICE) AND VEHICLE #3 (POLICE) WERE PURSUING VEHICLE #1. VEHICLE #1 ATTEMPTED TO TURN AROUND. VEHICLE #2 (POLICE) ATTEMPTED TO BLOCK VEHICLE #1 AND WAS STRUCK ON THE PASSENGER SIDE DOOR. VEHICLE #1 THEN BACKED UP AND ATTEMPTED TO FLEE WESTBOUND ON COTTONWOOD. VEHICLE #3 (POLICE) ATTEMPTED TO BLOCK VEHICLE #3 AND WAS STRUCK HEAD ON BY VEHICLE #1.

| OFFICER'S NAME | I.D. # | DEPARTMENT | CASE NUMBER | SUPERVISOR'S APPROVAL | DATE OF REPORT |
|---|---|---|---|---|---|
| Cory E. Prescott | 445 | UHP Section 2 | 021220957 | [signature] | 11/28/2012 |

Write a comment...



**Christian Peay**
November 26, 2012

Hey Family. A very bad thing happened tonight at work with me and Scott. We got into a car chase with a person. At the end of the chase, the driver tried to run me down. Scott had to shoot the driver hitting her in the head. Please send some prayers Scott's way and one or two my way. It's a very difficult thing to deal with. The driver survived and I don't know why she ran from us. I know if Scott did not shoot her, I would have been struck by her vehicle. Thanks

Like   Comment

Stacy Peay Jones, April Peay Brooks, Rachel Peay and 3 others like this.

View 5 more comments

Seen by 34