# EXHIBIT "K"

# "Documents Labeled ORMC"

# (cited pages only)

0020

# PARALLON
BUSINESS SOLUTIONS

Patient: __KRISTINE BRIGGS__    Medical Record Number: __Q000614698__

Facility: **OGDEN REGIONAL**    Phone Number: __(615) 695-8700__

Address: __5475 S. 500 E__   City/State: __OGDEN, UT__   Zip: __84405__

## CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

The complete records consisting of __292__ pages.
The complete records for the time period beginning _____ and ending _____ consists of _____ pages.
The copied records consist of _____ pages. They are incomplete in the following: _____

## CERTIFICATION OF NO RECORDS

A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

## DECLARATION OF CUSTODIAN OF RECORDS

I, __Tifini Corbin__, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of __Utah__   County of __Weber__ that the foregoing is true and correct.

Signature: _Tifini Corbin_
Date: 10/30/15

Subscribed and sworn to me, a notary public in and for said county, this __30th__ day of __October__ 20__15__

Notary Public: _[signature]_
My commission expires: __3-3-16__

TAUNA LYN TOOLE
Notary Public • State of Utah
Commission # 651693
COMM. EXP. 03-03-2016
(Seal)

ORMC 0020

```
0112
                                                                              PAGE :
RUN DATE: 12/02/12            OGDEN REGIONAL MEDICAL CENTER
RUN TIME: 0201                      5475 SOUTH 500 EAST
PAGE NUMBER: 1                      OGDEN, UTAH 84405
                                      (801) 479-2380
                    HPF LAB Discharge Summary Report w/o Pathology
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PATIENT: BIGGS,KRISTINE NICOLE | | ACCT #: Q00615480023 LOC: Q.CC | | | U #: Q00061/ | |
| | | AGE/SX: 41/F | ROOM: Q.706 | | REG: 11/25/: | |
| REG DR: Grunander,Megan W | | STATUS: DIS IN | BED: A | | DIS: 12/01/: | |

*** HEMATOLOGY ***

| Date | 11/26/12 | 11/25/12 | | | Reference | Units |
|---|---|---|---|---|---|---|
| Time | 0439 | 2254 | | | | |
| >>WBC | 8.3 | 9.5 | | | (3.6-10.6) | K/mm3 |
| >>RBC | | 3.91 L | | | (4.00-5.80) | M/mm3 |
| >>RBC | 3.64 L | | | | (4.00-5.30) | M/mm3 |
| >>HGB | | 13.1 | | | (12.1-16.7) | g/dL |
| >>HGB | 12.4 | | | | (12.1-15.2) | g/dL |
| >>HCT | | 38.8 | | | (35.1-49.6) | % |
| >>HCT | 36.5 | | | | (35.1-45.7) | % |
| >>MCV | | 99.4 H | | | (78.0-97.3) | fL |
| >>MCV | 100.1 H | | | | (80.8-96.9) | fL |
| >>MCH | | 33.6 H | | | (26.2-33.4) | pg |
| >>MCH | 34.0 H | | | | (26.7-33.4) | pg |
| >>MCHC | 34.0 | 33.7 | | | (32.0-36.0) | g/dl |
| >>RDW | 13.6 | 13.4 | | | (11.3-15.6) | % |
| >>PLTS | 298 | 323 | | | (140-400) | K/mm3 |
| >>MPV | 6.9 | 6.9 | | | (6.6-10.7) | fL |
| >>GRAN % | 73.4 H | 52.4 | | | (39.7-70.9) | % |
| >>LYMPH % | 22.5 | 43.2 | | | (20.4-48.9) | % |
| >>MONO % | 4.1 | 4.4 | | | (3.3-13.7) | % |
| >>GRAN # | 6.10 | 5.00 | | | (1.8-6.8) | K/mm3 |
| >>LYMPH # | 1.9 | 4.1 H | | | (1.2-3.4) | K/mm3 |
| >>MONO # | 0.3 | 0.4 | | | (0.2-0.9) | K/mm3 |

*** COAGULATION ***

| Date | 11/25/12 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| Time | 2254 | | | | | |
| >>PT PATIENT | 10.9 | | | | (9.7-11.6) | SEC |
| >>INR | 1.1(a) | | | | | |

```
NOTES:   (a)   INR NORMAL RANGE:  0.9 - 1.2
               The INR is for monitoring patients who have been stabilized
               on Anticoagulant Therapy.  The following ranges can be used
               as guidelines:
                    Conventional Anticoagulation:      INR 2.0 - 3.0
                    High Intensity Anticoagulation:    INR 3.0 - 3.5
                    Clinical Assessment Needed:        INR 3.5 - 5.0
               Any INR >5.0 is considered a CRITICAL value and will be
               called to the doctor.
```

Patient: BIGGS,KRISTINE NICOLE          Age/Sex: 41/F     Acct#Q00615480023 Unit#Q00061/

```
                                                                              PAGE
0113
RUN DATE: 12/02/12                  OGDEN REGIONAL MEDICAL CENTER
RUN TIME: 0201                          5475 SOUTH 500 EAST
PAGE NUMBER: 2                         OGDEN, UTAH 84405
                                         (801) 479-2380
                       HPF LAB Discharge Summary Report w/o Pathology
```

Patient: BIGGS,KRISTINE NICOLE              #Q00615480023      (Continued)

### *** COAGULATION  (CONTINUED) ***

| Date | 11/25/12 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| Time | 2254 | | | | | |
| >>PTT PATIENT | 25 (b) | | | | (23-34) | SECONDS |

### *** URINALYSIS ***

| Date | 11/25/12 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| Time | 2345 | | | | | |
| >>UA COLOR | Straw | | | | (YELLOW) | |
| >>UA APPEARANCE | Clear | | | | (CLEAR) | |
| >>UA GLUCOSE | NEGATIVE | | | | (NEGATIVE) | mg/dL |
| >>UA BILIRUBIN | NEGATIVE | | | | (NEGATIVE) | |
| >>UA KETONES | NEGATIVE | | | | (NEGATIVE) | mg/dL |
| >>UA SPEC GRAVI | <=1.005 | | | | (1.010-1.0 | |
| >>UA BLOOD | NEGATIVE | | | | (NEGATIVE) | RBC/uL |
| >>UA PH | 5.0 | | | | (5.0-8.0) | |
| >>UA PROTEIN | NEGATIVE | | | | (NEGATIVE) | mg/dL |
| >>UA UROBILINOG | NORMAL | | | | (0.2-1.0) | mg/dL |
| >>UA NITRITE | NEGATIVE | | | | (NEGATIVE) | |
| >>UA LK ESTERAS | NEGATIVE | | | | (NEGATIVE) | /uL |
| >>UA RBC | <1 | | | | | /hpf |
| >>UA WBC | 1 | | | | | /hpf |
| >>HYALINE CAST | 1 | | | | | /lpf |

### *** CHEMISTRY ***

| Date | 11/30/12 | 11/29/12 | --------11/27/12-------- | | Reference | Units |
|---|---|---|---|---|---|---|
| Time | 0357 | 1335 | 2022 | 0341 | | |
| >>SODIUM | 142 | 136 | 142 | 142 | (136-145) | mmol/L |
| >>POTASSIUM | 4.1 | 3.6 | 4.5 | 3.8 | (3.5-5.1) | mmol/L |
| >>CHLORIDE | 106 | 102 | 107 | 108 H | (97-107) | mmol/L |
| >>CARBON DIOXID | 26 | 27 | 22 | 23 | (21-32) | mmol/L |
| >>ANION GAP | 10 | 9 | 13 | 11 | (5-15) | |
| >>GLUCOSE | 91 | 124 H | 102 | 96 | (70-110) | mg/dL |
| >>BUN | 3 L | 1 L | 2 L | 5 L | (7-18) | mg/dL |
| >>CREATININE | 0.67 | 0.71 | 0.55 L | 0.62 | (0.60-1.30 | mg/dL |
| >>eGFR | >60 | >60 | >60 | >60 | (60-130) | |
| >>CALCIUM | 8.5 | 9.0 | 8.4 L | 8.1 L | (8.5-10.0) | mg/dL |

NOTES:  (b)  Therapeutic Range for Heparin:  63 TO 102 sec

Patient: BIGGS,KRISTINE NICOLE           Age/Sex: 41/F       Acct#Q00615480023 Unit#Q00061

0114

```
                                                                           PAGE :
RUN DATE: 12/02/12                    OGDEN REGIONAL MEDICAL CENTER
RUN TIME: 0201                             5475 SOUTH 500 EAST
PAGE NUMBER: 3                             OGDEN, UTAH 84405
                                             (801) 479-2380
                         HPF LAB Discharge Summary Report w/o Pathology
```

Patient: BIGGS,KRISTINE NICOLE              #Q00615480023      (Continued)

### *** CHEMISTRY (continued) ***

| Date<br>Time | 11/30/12<br>0357 | 11/29/12<br>1335 | 11/27/12<br>2022 | 11/27/12<br>0341 | Reference | Units |
|---|---|---|---|---|---|---|
| >>PHOSPHORUS | 4.6(A) D | 3.0 | 3.4 | 3.6 | (2.5-4.9) | mg/dL |

(A)  RESULT RECHECKED.

| >>MAGNESIUM | 2.0 | 1.5 L | 1.8 | 1.9 | (1.6-2.3) | mg/dL |
|---|---|---|---|---|---|---|

| Date<br>Time | 11/26/12<br>0439 | 11/25/12<br>2345 | 11/25/12<br>2254 | 11/25/12<br>2254 | Reference | Units |
|---|---|---|---|---|---|---|
| >>SODIUM | 143 | | | | (136-145) | mmol/L |
| >>POTASSIUM | 4.7(B) D | | | | (3.5-5.1) | mmol/L |

(B)  RESULT RECHECKED.

| Test | Value | | | | Reference | Units |
|---|---|---|---|---|---|---|
| >>CHLORIDE | 110 H | | | | (97-107) | mmol/L |
| >>CARBON DIOXID | 20 L | | | | (21-32) | mmol/L |
| >>ANION GAP | 13 | | | | (5-15) | |
| >>GLUCOSE | 78 | | | | (70-110) | mg/dL |
| >>BUN | 5 L | | | | (7-18) | mg/dL |
| >>CREATININE | 0.59 L | | | | (0.60-1.30) | mg/dL |
| >>eGFR | >60 | | | | (60-130) | |
| >>CALCIUM | 7.9 L | | | | (8.5-10.0) | mg/dL |
| >>PHOSPHORUS | 5.0 H | | | | (2.5-4.9) | mg/dL |
| >>MAGNESIUM | 1.4 L | | | | (1.6-2.3) | mg/dL |
| >>ACETAMINOPHEN | | | <2.0 L | | (10.0-30.0) | mcg/mL |
| >>SALICYLATE | | | <1.7 L | | (2.8-20.0) | mg/dL |
| >>ALCOHOL BLOOD | | | 358(c) H | | (0-10) | mg/dL |
| >>UR COCAINE | | NEGATIVE | | | (NEGATIVE) | |
| >>UR THC QL | | NEGATIVE | | | (NEGATIVE) | |
| >>UR AMPHETAM Q | | NEGATIVE | | | (NEGATIVE) | |
| >>UR BARBIT QL | | NEGATIVE | | | (NEGATIVE) | |
| >>UR BENZODIAZ | | NEGATIVE | | | (NEGATIVE) | |
| >>UR METHADONE | | NEGATIVE | | | (NEGATIVE) | |
| >>UR OPIATES QL | | NEGATIVE | | | (NEGATIVE) | |
| >>UR PCP QUAL | | NEGATIVE | | | (NEGATIVE) | |

NOTES:   (c)   To convert from ORMC blood alcohol units to State of Utah
               blood alcohol units one must divide by 1000. (EX. ORMC 80
               (mg/dL) equals State of Utah legal limit of 0.080 (g%)).

Patient: BIGGS,KRISTINE NICOLE           Age/Sex: 41/F      Acct#Q00615480023 Unit#Q00061

```
                                                                              0115
                                                                                                  PAGE
RUN DATE: 12/02/12                      OGDEN REGIONAL MEDICAL CENTER
RUN TIME: 0201                              5475 SOUTH 500 EAST
PAGE NUMBER: 4                               OGDEN, UTAH 84405
                                              (801) 479-2380
                           HPF LAB Discharge Summary Report w/o Pathology
```

Patient: BIGGS,KRISTINE NICOLE          #Q00615480023        (Continued)

*** CHEMISTRY (continued) ***

| Date<br>Time | 11/26/12<br>0439 | 2345 | 11/25/12<br>2254 | 2254 | Reference | Units |
|---|---|---|---|---|---|---|
| >>UR OXYCODONE |  | (C) |  |  | (NEGATIVE) |  |
| (C) NEGATIVE See also (d) |  |  |  |  |  |  |
| >>UR TRICYCLIC |  | (D) |  |  | (NEGATIVE) |  |
| (D) NEGATIVE See also (e) |  |  |  |  |  |  |
| >>LACTIC ACID |  |  |  | 4.6 H | (0.4-2.0) | mmol/L |

| Date<br>Time | 11/25/12<br>2254 | Reference | Units |
|---|---|---|---|
| >>SODIUM | 147 H | (136-145) | mmol/L |
| >>POTASSIUM | 2.9 L | (3.5-5.1) | mmol/L |
| >>CHLORIDE | 111 H | (97-107) | mmol/L |
| >>CARBON DIOXID | 21 | (21-32) | mmol/L |
| >>ANION GAP | 15 | (5-15) |  |
| >>GLUCOSE | 94 | (70-110) | mg/dL |
| >>BUN | 7 | (7-18) | mg/dL |
| >>CREATININE | 0.79 | (0.60-1.30) | mg/dL |
| >>eGFR | >60 | (60-130) |  |
| >>TOTAL PROTEIN | 6.7 | (6.4-8.2) | g/dL |
| >>ALBUMIN | 3.5 | (3.4-5.0) | gm/dL |
| >>CALCIUM | 8.2 L | (8.5-10.0) | mg/dL |
| >>BILI TOTAL | 0.6 | (0.1-1.0) | mg/dL |
| >>SGOT/AST | 66 H | (5-41) | U/L |
| >>SGPT/ALT | 43 | (10-56) | U/L |
| >>ALK PHOS | 81 | (50-136) | U/L |
| >>TROPONIN I | 0.02(f) | (0.00-0.05) | ng/ml |
| >>AMYLASE | 41 | (25-115) | U/L |
| >>LIPASE | 211 | (73-393) | U/L |

```
NOTES:  (d)   Cut-off for Oxycodone is 100 ng/mL.
        (e)   Cut-off for TCA is 1000 ng/mL.
        (f)   0.1 - 0.6 ng/mL : Increased risk stratification.
              0.6 - 1.5 ng/mL : Indeterminate study, suggest additional
                                serial Troponin-I measurement(s) or study
                                of other markers to rule out AMI.
              > 1.5 ng/mL     : Considered positive for AMI.
```

Patient: BIGGS,KRISTINE NICOLE        Age/Sex: 41/F      Acct#Q00615480023 Unit#Q00061

```
0116
```

```
RUN DATE: 12/02/12                    OGDEN REGIONAL MEDICAL CENTER                    PAGE
RUN TIME: 0201                            5475 SOUTH 500 EAST
PAGE NUMBER: 5                            OGDEN, UTAH 84405
                                            (801) 479-2380
                          HPF LAB Discharge Summary Report w/o Pathology
```

Patient: BIGGS,KRISTINE NICOLE             #Q00615480023      (Continued)

*** CHEMISTRY (continued) ***

| Date<br>Time | 11/25/12<br>2254 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| >>CK | 148 | | | | (26-192) | U/L |
| >>CKMB | (E) | | | | (0.0-3.6) | ng/mL |

(E)  TEST NOT PERFORMED

*** BLOOD GAS ***

| Date<br>Time | 11/27/12<br>1209 | 11/26/12<br>0414 | 11/26/12<br>0017 | 11/25/12<br>2252 | Reference | Units |
|---|---|---|---|---|---|---|
| >>ALLEN'S TEST | | | | POS | | |
| >>PH | 7.393(g) | 7.329(g) L | 7.346(g) L | 7.348(g) L | (7.35-7.45 | |
| >>PATIENT TEMPE | 38.7 | 36.2 | 35.8 | 37.0 | | |
| >>PCO2 | 42.1 | 36.5 | 31.2 L | 31.4 L | (35.0-45.0 | MMHG |
| >>PO2 | 104.0 | 83.8 | 145.0 | 187.0 | (65.0-) | MMHG |
| >>BLD GAS NA | 142 | 140 | 141 | 144 | (135-147) | mmol/L |
| >>BLD GAS K | 4.4 | 4.8 | 3.0 L | 2.9 L | (3.5-5.2) | mmol/L |
| >>BLD GAS CAION | 1.12 | 1.03 L | 0.86 L | 0.93 L | (1.12-1.32 | mmol/L |
| >>BLD GAS CL | 107 | 110 H | 112 H | 113 H | (95-107) | mmol/L |
| >>BLD GAS GLU | 98 | 78 | 87 | 96 | (60-110) | mg/dL |
| >>BLD GAS LACT | 0.7 | 2.0 | 3.7 H | 4.2 H | (0.7-2.1) | mmol/L |
| >>HCO3 | 25.0 | 19.3 L | 18.3 L | 18.6 L | (20.0-26.0 | mmol/L |
| >>BASE EXCESS ( | 0.7 | -6.2(F) PL | -7.7(G) PL | -7.3(H) PL | (-3.0-3.0) | |

(F)  PANIC RESULT(S) GIVEN TO: RN JILL WOODRING
     ; BY: QRT.DAH; AT: 0417
(G)  PANIC RESULT(S) GIVEN TO: DR GRUNANDER
     ; BY: DRU8564; AT: 0019
(H)  PANIC RESULT(S) GIVEN TO: DR SCHFIELD
     ; BY: QRT.DAH; AT: 2254

| >>HEMOGLOBIN | 11.8 L | 12.7 | 12.9 | 13.2 | (12.0-18.0 | g/dL |
| >>HEMATOCRIT (C | 36.3 | 38.9 | 39.6 | 40.5 | | % |
| >>O2Hb SAT | 95.3 | 93.2 | 97.0 | 97.4 | (90.0-100. | % sat |
| >>COHb SAT | 1.5 | 1.2 | 1.0 | 1.0 | (0.0-2.0) | % |
| >>MetHb SAT | 0.6 | 0.7 | 0.7 | 0.7 | (0.0-1.5) | % |
| >>O2 CONTENT | 15.9 | 16.7 | 17.8 | 18.4 | (15.0-23.0 | |

NOTES:  (g)  TEMPERATURE CORRECTED FOR PH, PCO2, AND PO2

Patient: BIGGS,KRISTINE NICOLE         Age/Sex: 41/F      Acct#Q00615480023 Unit#Q00061

```
0117

RUN DATE: 12/02/12                   OGDEN REGIONAL MEDICAL CENTER                          PAGE
RUN TIME: 0201                            5475 SOUTH 500 EAST
PAGE NUMBER: 6                             OGDEN, UTAH 84405
                                            (801) 479-2380
                              HPF LAB Discharge Summary Report w/o Pathology

----------------------------------------------------------------------------------------------------
Patient: BIGGS,KRISTINE NICOLE              #Q00615480023       (Continued)
----------------------------------------------------------------------------------------------------
                              *** BLOOD GAS  (CONTINUED) ***
----------------------------------------------------------------------------------------------------
  Date           11/27/12     --------11/26/12--------    11/25/12
  Time             1209          0414          0017         2252       Reference   Units
----------------------------------------------------------------------------------------------------
>>P(A-a)O2       |  43.0 H   |   19.0 H    |  51.5 H    |  378.2 H  | (0.0-17.0)
>>O2%/LPM        |   30%     |    25       |   40       |    15                      %
>>O2 DEVICE      |  VENT     |   (I)       |   (J)      |  NRBMASK

      (I)   VENTILATOR
      (J)   VENTILATOR

>>VENT MODE      |  SPONT    |   A/C       |   A/C      |
>>ACT. RESP RAT  |   16      |    16       |    21      |                           /MIN
>>SET RATE       |           |    14       |    14      |                           /MIN
>>SET TIDAL VOL  |           |   400       |   450      |                           ML
>>PEEP/CPAP      |    5      |     5       |     5      |                           CMH2O
>>PRESS SUPPORT  |    5      |             |            |                           CMH2O
>>SITE           |           |             |            |   LRA
>>SpO2           |   99      |    99       |   100      |   100
```

```
----------------------------------------------------------------------------------------------------
Patient: BIGGS,KRISTINE NICOLE       Age/Sex: 41/F       Acct#Q00615480023 Unit#Q00061
----------------------------------------------------------------------------------------------------
```

```
0118
                                                                           PAGE
RUN DATE: 12/02/12              OGDEN REGIONAL MEDICAL CENTER
RUN TIME: 0201                      5475 SOUTH 500 EAST
PAGE NUMBER: 7                       OGDEN, UTAH 84405
                                      (801) 479-2380
                       HPF LAB Discharge Summary Report w/o Pathology
-----------------------------------------------------------------------------
Patient: BIGGS,KRISTINE NICOLE            #Q00615480023     (Continued)
-----------------------------------------------------------------------------
                           Microbiology Specimen Summary

    Col Date Time Specimen #       Source      Sp Desc    P/F Organisms ...
    -------- ---- ---------------- ----------- ---------- --- -----------------
  > 11/26/12 0045 12:CBM:B0032264T NOSE                    F  <none>
```

```
-----------------------------------------------------------------------------
Patient: BIGGS,KRISTINE NICOLE          Age/Sex: 41/F     Acct#Q00615480023 Unit#Q00061
-----------------------------------------------------------------------------
```

```
                                                                        PAGE (
   0119
RUN DATE: 12/02/12                OGDEN REGIONAL MEDICAL CENTER
RUN TIME: 0201                         5475 SOUTH 500 EAST
PAGE NUMBER: 8                         OGDEN, UTAH 84405
                                         (801) 479-2380
                       HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------
Patient: BIGGS,KRISTINE NICOLE          #Q00615480023      (Continued)
--------------------------------------------------------------------------------
********************************************************************************
                                *** MICROBIOLOGY ***
********************************************************************************

   MRSA SURVEILLANCE SCREEN   Final 11/27/12

   12:CBM:B0032264T  COMP, Coll: 11/26/12-0045 Recd: 11/26/12-0155 (R#02709621) Grunander,M(
       Source: NOSE        Spec Desc:
       Ordered: MRSA SCREEN
          MRSA Surveillance Screen  | MRSA ChromAgar Screen Positive


********************************************************************************
                                 *** BLOOD BANK ***
********************************************************************************
--------------------------------------------------------------------------------
                         COLLECTED: Nov 25, 2012 10:54pm

> BLOOD TYPE              | B POS
> ABSC                    | NEGATIVE

--------------------------------------------------------------------------------
                         COLLECTED: Nov 25, 2012 10:54pm

> PREV HIST CHECK         | NO PREVIOUS HISTORY
```

--------------------------------------------------------------------------------
Patient: BIGGS,KRISTINE NICOLE        Age/Sex: 41/F     Acct#Q00615480023 Unit#Q00061(
--------------------------------------------------------------------------------

0245

Page: 6/

Printed 12/05/12 at 0245

**BIGGS, KRISTINE NICOLE**

Ogden Reg Med Ctr Patient Care #1 TWF*
CLINICAL DOCUMENTATION RECORD HPF

Age/Sex: 41 F   Attending: Grunarder,Megan W
Unit #: Q000614696   Account #: Q00615480023
Admitted: 11/25/12 at 2323   Location: Q.CC
Status: DIS IN   Room/Bed: Q.705-A

| Diagnosis/Reported Observation Description | From | Site Directions | |
|---|---|---|---|
| Activity | Recorded | Documented | Reported | Site Directions | |
| Type | Date | Time | By | Label | Time | By | Comments | Change |

**Activity Date: 11/29/12** ———— **Time: 1525 (continued)**

50180   Reassessment and Change + (continued)
Line Location
Changed
Line DC'd
General Comment: REASSESSMENT NOT NEEDED AS FREQUENT D/T SURGICAL
STATUS. PATIENT STABLE ON MED. TOLERATING MEALS. NSR.
PIV HEPLOCKED. ELECTROLYTES ORDERED TO BE GIVEN D/T
SOME PVC'S AND LAB RESULTS. VOIDING PER TOILET. SKIN
AROUND L EYE CLEANED AND MEDICATION PLACED TO EYE.
BACITRACIN TO L FACE AS ORDERED. RECEIVING OXYCODONE
FOR PAIN BREAKTHROUGH.

**Activity Date: 11/29/12** ———— **Time: 1525 (continued)**

7080001   R: Adult/Peds Assessment +   A   PRN RT ONLY   PS
*Document   11/29/12 1530 JCON   11/29/12 1509 CAH
*Procedure Performed: Incentive Spirometry
*O2 Delivery Device: Room Air
SpO2%: 93
——— PRE-TREATMENT ———
Pre Breath Sounds: Clear All lung fields
——— POST-TREATMENT ———
Post Breath Sounds: Unchanged from Pre-Tx
Cough Character: None Observed
Pain observed/reported?: No
Total Treatment(s) Time (minutes): 10
Max Inhaled IS Volume(ml): 2500
Incentive Spirometry # Reps: 10
RT Incentive Spirometry Comments: good effort.
——— VENTILATOR ———
——— Patient Values Section ———
——— Airway / Trach Management ———
——— Ventilator Alarms ———
——— Spontaneous Parameters ———

**Activity Date: 11/29/12** ———— **Time: 1647 (continued)**

50305   PSY: Assessment +   A   ONCE   PS
*Document   11/29/12 1659 LRG   11/29/12 1648 BMC
** Document   11/29/12 1647 BMC   11/29/12 1/11 BMC
*** Behavioral Health Assessment ***
Behavior results in 911 call?: N
See next page
Were you recently discharged from any inpatient psychiatric facility:
NA

PSY: Assessment + (continued)
SIGNS
Enter Charge: Yes
Legal status for this admission: Involuntary
Legal status comment: pt is suicidal
See next page
In what language do you prefer to discuss your health care: ENGLISH ENGLISH
Language barrier: N
Do you have a partner or significant other: Separated
Are your sexual partner(s) men, women, or both: Unable to assess
Referral source: law enforcement
Mode of arrival: AMB AMBULANCE
Accompanied by: po ice
See next page
Tell me why you came to the hospital today:
"po ico"
See next page
Medical hospitalization: none
Medical conditions: none
PSYCH hospitalizations: none
See next page
*** Suicide Assessment ***
Suicidal thoughts: Active thoughts w plan
Reason for suicide thoughts: relationship, financial
Current suicidal behavior/attempt: Actual attempt
Describe current suicidal thoughts/plans/means/intent:
"death by cop" see below
See next page
Past suicidal behavior/attempt: Actual attempt
Describe past suicidal thoughts/plans/means/intent:
Pt has had multiple attempts in the past.   OD
Warning signs of acute risk: Threats/talk of self harm
Severe anxiety/agitation
Additional warning signs: Guilt/grief
Helpless/feeling trapped
Hopelessness
See next page
What factors would prevent you from hurting yourself: Family
Additional suicide comments: see below
Any family history of psychiatric disorders: N
See next page
Any family history of suicide: N
Any family history of chemical dependency: N
Any family history of other issues: N
See next page
Do you have access to firearms: No
See next page
Homicidal ideation: N
Homicidal plan: N

0246

| | | |
|---|---|---|
| Age/Sex: 41 F | Attending: Grunander, Megan W | Page: 68 |
| MRN#: Q000614698 | Account #: Q00615480023 | |
| Admitted: 11/25/12 at 2323 | Location: Q.CC | Printed 12/05/12 at 0345 |
| Status: DIS IN | Room/Bed: Q.706-A | |

**BIGGS, KRISTINE NICOLE**
Ogden Reg Med Ctr Patient Care #1 TWF#
CLINICAL DOCUMENTATION RECORD HPH

---

**Activity Date: 11/29/12      Time: 1647 (continued)**

SOSS:     PSY: Assessment + (continued)
See next page
Significant legal issues: N
Describe current legal issues: Multiple felonies and misdemeanors pending in multiple
    status.  See below.
Describe past legal history: See below.
See next page
\*\*\* Alcohol History \*\*\*
Do you drink alcoholic beverages: Y
Type of alcohol: Hard liquor
Pattern of use: alcoholic
See next page
See next page
Intoxicated: N
See next page
\*\*\* CIWA-Ar:Addiction Research Foundation.
Clinical Institute for Withdrawal Assessment \*\*\*
Score: 3
See next page
\*Less than 15 = Mild withdrawal
\*16 to 20 = Moderate withdrawal
\*Greater than 20 = Severe withdrawal
\*\*\* Drug History \*\*\*
Do you take drugs other than alcohol: N
See next page
See next page
See next page
\*\*\* Clinical Opiate Withdrawal Scale (COWS)\*\*\*
Score: 3
If beginning buprenorphine
induction, choose the number
that best describes the patient's
signs or symptoms, rate on just
the apparent relations to opiate
withdrawal. Enter scores at times
zero, 30 minutes after first dose,
2 hours after first dose, etc.
See next page
\* 5-12 = Mild withdrawal
\*13-24 = Moderate withdrawal
\*25-36 = Moderately severe withdrawal
\* > 36 = Severe withdrawal
\*\*\* Caffeine history \*\*\*
Do you use caffeine: Y
See next page
\*\*\* Nicotine History \*\*\*
Do you use any nicotine products: Y
See next page

**Activity Date: 11/29/12      Time: 1647 (continued)**

5C305     PSY: Assessment + (continued)
Smoking status for patients 13 years old or older: Smoker current status UNK
See next page
\*\*\* Mental Status Exam \*\*\*
Mood and behavior are appropriate for situation and developmental age: Y
If no, select mood and behaviors:
Mood and affect are congruent: Y
See next page
Thought processes goal directed, spontaneous and
logical, and appropriate to developmental age: Y
Describe the things you are afraid of (phobias):
    n/a
Self harm: see below
See next page
Speech is coherent and conversational, or
vocalization is appropriate to developmental age: Y
Short term memory: Intact
Long term memory: Intact
Able to comprehend and follow directions: Y
See next page
Body image disturbance, homicidal ideations,
delusions, paranoid ideation/delusions, hallucinations: None
Current homicide plan or thought:
    none
Violence threats to others: None
See next page
Delusions: None
Hallucinations: None
Paranoid ideation/delusion comment:
    none
Any change in sleep patterns: N
See next page
Are you taking medications as prescribed: Y
Is it possible you are pregnant: N
Evidence of physical and/or psychological abuse: No
Psychological trauma: None
Does patient feel safe where he/she lives, works, or goes to school: Y
See next page
Have you experienced physical/sexual/emotional/verbal
abuse or neglect in the past: N
See next page
Are you concerned about the safety of others where you live: N
See next page
Special accommodations needed: medical issues, see below
Summary of clinical presentation:
    Pt is a 41 year old female admitted to the ICU after being
    shot in the eye by police following a high-speed car chase.
    Pt has a long history of depression and suicide attempts

---

Patient: BIGGS, KRISTINE NICOLE      MRN: Q000614698    Encounter: Q00615480023      Page 68 of 88

ORMC 0246

0247

Page: 69
Printed 12/05/12 at 03:45

**BIGGS, KRISTINE NICOLE**
Ogden Reg Med Ctr Patient Care #1 TNF=
CLINICAL DOCUMENTATION RECORD HPF

Age/Sex: 41 F
MRN#: Q000614698
Account #: Q00615480023
Attending: Crunarder Megan W
Admitted: 11/25/12 at 2323
Location: Q.CC
Room/Bed: Q.06-A
Status: DIS IN

Activity Date: 11/29/12   Time: 1847 (continued)

50095   PST: Assessment + (continued)
and has never had any treatment for her psychiatric issues.

Pt states that she was attempting "death by cop" when she repeatedly rammed her car into a police vehicle, causing a deputy to shoot the pt in the left eye through the pt's windshield. "I was going back to California." "I reached the end of my rope." "How many people get shot in the head and don't succeed?" "I don't want to live, I want to die."

Pt has a warrant out for her arrest in Colorado where she's been living for punching a state park ranger while intoxicated. Pt is an alcoholic. Last May was the last suicide attempt. by OD and alcohol. Pt is currently endorsing active suicidal thoughts and was tearful and appeared hopeless during the assessment. Pt is not safe at a lower level of care.

See next page
Precautions: Suicide
Homicidal targeted person(s) notified per facility policy: NA
Describe attempts made to contact family, friend, legal authorities, or others to secure firearm(s) per facility policy:
no firearms
Last page
See next page
See next page
Last page

Activity Date: 11/29/12   Time: 1800

50100   Daily/Shift Assessment +
Document:   11/29/12 1800-0HN   11/29/12 2358 OHN   A   06_18   CP
Neurological WDP: No
FHHT WDP: No
Respiratory WDP: Yes
Cardiovascular WDP: Yes
GI/Nutrition WDP: No
Urinary WDP: Yes
Musculoskeletal WDP: Yes
Integumentary WDP: No
Endocrine WDP: Yes
Psychosocial WDP: No
Pain WDP: No
IV/Invasive Line: Yes
Completed/Reviewed by RN: Y
Time: 2132
Type and location of NUMBNESS TO L SIDE OF FAC
E

Activity Date: 11/29/12   Time: 1800 (continued)

50100   Daily/Shift Assessment + (continued)
Altered sensation:
Suspected or confirmed stroke/
Neuro Comments: STINGY ON HHT. PT APPEARS TO BE BACK TO BASH INE
NEUROLOGICALLY
EENT Abnormality Noted: L EYE AND FACE SWOLLEN.
EYE PATCH ON.
Coughing/choking/difficult swallowing
Complaints of food sticking
# of Tubes
Location
Air Leak
CT Drain 1:
CT Drain 2:
CT Drain 3:
CT Drain 4:
Abdomen appearance: Flat
Nausea/Vomiting: DENIES
GI/Nutrition Comments: PT ABLE TO TAKE PUREED AND NECTAR THICK. TOLERATING
WELL.
Proper position/leg
Drain/tube Sites &/or
Wound/Pressure Ulcer: Yes
Wound Location
Healed
Wound  1 : Y
Wound  2 : Y
Wound  3 : Y
Wound Location 1: L EYE
Wound Type: Traumatic
Wound Condition: FYFLID SWOLLEN SHUT, BRUIT
SED. L EYE DK RED
EYE SHIELD IN PLACE
Dressing Condition: leaking
Drainage Type: Serosanguinous
Drainage Amount: Minimal
Periwound (Wound Perimeter): Bruise
SWOLLEN
NUMB
Treatments: MONITOR, HOB ELEVATED 30
DEGREES
Nurse Treatment Plan: MONITOR. CHANGE DRESSING
PRN AND AS ORDERED. MEDS
AS ORDERED. HOB 30 DEGREE
S.

Healed: No
Wound Location 2: L TEMPORAL AREA
Wound Type: Traumatic