# Supplement to Exhibit "K"

# "Documents Labeled ORMC"

0232

Page: 54
Printed 12/05/12 at 03:45

**BIGGS, KRISTINE NICOLE**

Ogden Reg Med Ctr Patient Care #1TVF#
CLINICAL DOCUMENTATION RECORD HPF

Age/Sex: 41 F
MRN #: Q000614698
Attending: Grunander, Megan W
Resident #: Q00615480023
Admitted: 11/25/12 at 2323    Location: Q.C
Status: DIS IN    Room/Bed: Q /05-A

| Activity | Documented | Recorded | Time | By Date | Comments | Status-Directions | Sec-Code | Documented | By | Change |

Activity Date 11/29/12  (continued)    Time 1325  (continued)

76S3091    I: Adult/Peds Assessment + (continued)
           Airway / Trach Management
           Ventilator Alarms
           Spontaneous Parameters
                                                            A 04.16

50210   DCMC Standard of Care +                                           CP
= ROUTINE CARE'S FOR OGMC =
- the patient and significant other will receive care which reflects an
ongoing process
of interdisciplinary care based on their specific care needs. The patient
receives care
reflecting an ongoing process of assessment, problem identification, goal
setting,
intervention and evaluation based up specific bio-psychosocial needs.
 The patient and significant others can expect to be involved in their
plan of care with
attention to cultural and religious beliefs, confidentiality and special
communication
needs.
- Patient education will be assessed and interdisciplinary teaching will be
prioritized
based on individual learning needs. The patient and significant others
will receive
teaching about the nature of their health conditions, procedure, treatments
, self-care and
post discharge care. Verbalization of questions and concerns will be
encouraged.
- The patient and significant others will be included in the process of
coordination of
resources and establishment of priorities in preparation for discharge.
- The patient and significant others will have their environment and
care managed to
facilitate the safety of themselves and others.
- The patient and significant others will be supported in their effort
to retain
personal identity, self worth, and patient's rights.
- the patient can expect appropriate assessment, reassessment, and
management of pain.
Activities and resources are planned, supported and coordinated to assure
the pain is
recognized and addressed appropriately.
the standards of care for OGMC
have been met throughout my shift: Yes

| Activity | Documented | Recorded | Time | By Date | Comments | Status-Directions | Sec-Code | Documented | By | Change |

Activity Date 11/29/12    Time 1400

6S3100    Bowel, Loose Stool:Intervention +                     A    QSHIFT    CP
          Must be completed by Licensed Nursing
          Staff at end of each shift.
2503000   Alarms, Heart Rate +                                   A    QSHIFT    CP
50180     Reassessment and Change +                              A    02.10.14.22 CP
WDP
Alarms On: Y
Document ?
Urinary: Yes
Musculoskeletal: 1
Psychosocial: Yes
Altered sensation:
Suspected or confirmed stroke/
Coughing/choking/difficult swallowing
Complaints of food sticking
# of tubes
Location
Air Leak
CT Drain 1:
CT Drain 2:
CT Drain 3:
CT Drain 4:
Urinary Comment: FOLEY D/C'D AT 1100 PT UNV YET.
Proper position/leg
Musculoskeletal Comment: AMBU AIDO WITH PHYSICN 1X
Drain/Tube Sites &/or
Wound Location
Healed
Safe application/administration and
.Pt's current mood or affect: Depression
Patient AL Risk -or Suicide: Yes
perception noted:
cares, please explain:
Support System: -RLUND
Psychosocial Comment: PT EXPRESSED A DESIRE TO HURT HERSELF TO HER FRIEND
ALIBY FOWARDS. MANAGEMENT INFORMED AND CRISIS WORKER
CONTACTED TO COME AND ASSESS PATIENT. PATIENT TO REMAIN
IN ICU WITH LINE OF SIGHT SUPERVISION.

Pain Onset, Duration,
Dressing
Line Type
Line Location
Changed
Line DC'd